**E. L. NALL v. Rebecca CALVIN.**

No. 2714.

Court of Civil Appeals of Texas. Beaumont.

Dec. 13, 1934.

Geo. Weller and E. L. Nall, both of Beaumont, for appellant.

Mike Daughtry and Howth, Adams & Hart, all of Beaumont, for appellee.

O'QUINN, Justice.

This is an appeal from a judgment of the district court of Jefferson county, Fifty-eighth judicial district, granting an injunction restraining appellants E. L. Nall, trustee, and the Holland-Texas Hypotheek Bank of Amsterdam, Holland, having a permit to do business in Texas, from selling certain real estate situated in Jefferson county, Tex., by virtue of a deed of trust, executed by appellee. The injunction was granted under the Texas Moratorium statute, Act Forty-Third Legislature, Second Called Session, chapter

16, page 42 (Vernon's Ann. Civ. St. art. 2218b note).

In the case of Travelers' Insurance Co. v. Schuyler B. Marshall, 76 S.W.(2d) 1007, opinion not yet published [in State report], the Supreme Court, speaking through Chief Justice Cureton, held this act unconstitutional and void.

The judgment is reversed, and the injunction dissolved.